**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7770

JEFFREY PETER VAILLANCOURT,

              Petitioner — Appellant,

        v.

JOEL J. ZIEGLER, Warden,

              Respondent — Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge.  (1:09-cv-00162-IMK-DJJ)

Submitted:  June 16, 2011              Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey Peter Vaillancourt, Appellant Pro Se.  Alan McGonigal, Assistant United States Attorney, Daniel W. Dickinson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Peter Vaillancourt, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vaillancourt v. Ziegler</u>, No. 1:09-cv-00162-IMK-DJJ (N.D.W. Va. Dec. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2